The People of the State of New York, Respondent,
against
Amanda L. Henderson, Appellant.




Terry D. Horner, Esq., for appellant.
District Attorney Orange County (Andrew R. Kass, Elizabeth L. Schulz of counsel), for respondent.

Appeal from three judgments of the Justice Court of the Town of Wallkill, Orange County (Patrick S. Owen, J.), rendered March 6, 2012. The judgments convicted defendant, after a nonjury trial, of common-law driving while intoxicated, aggravated driving while intoxicated per se, and driving without wearing a seat belt, respectively. The appeal from the judgments of conviction brings up for review so much of an order of the same court dated November 30, 2011 as denied the branches of defendant's motion seeking to dismiss the accusatory instrument on constitutional and statutory speedy trial grounds. By decision and order of this court dated September 18, 2015, the matter was remitted to the Justice Court of the Town of Wallkill, Orange County, for a new determination of those branches of defendant's motion seeking to dismiss the three accusatory instruments on constitutional and statutory speedy trial grounds, and thereafter a report to this court advising of the new determination (People v Henderson, 49 Misc 3d 131[A], 2015 NY Slip Op 51422[U]). The appeal was held in abeyance pending receipt of the report. On July 22, 2016, the Justice Court of the Town of Wallkill issued an order granting the branches of defendant's motion seeking to dismiss the accusatory instruments charging her with aggravated driving while intoxicated per se and common-law driving while intoxicated on statutory speedy trial grounds, and denying the branch of defendant's motion seeking to dismiss the accusatory instrument charging her with driving without wearing a seat belt on constitutional speedy trial grounds.




ORDERED that so much of the appeal as is from the judgments convicting defendant of aggravated driving while intoxicated per se and common-law driving while intoxicated is [*2]dismissed as academic; and it is further,
ORDERED that the judgment convicting defendant of driving without wearing a seat belt is affirmed.
Upon remittitur from this court (People v Henderson, 49 Misc 3d 131[A], 2015 NY Slip Op 51422[U] [2015]), the Justice Court, Town of Wallkill, Orange County by order dated July 22, 2016, granted the branches of defendant's motion seeking to dismiss the charges of aggravated driving while intoxicated per se (Vehicle and Traffic Law § 1192 [2-a] [a]) and common-law driving while intoxicated (Vehicle and Traffic Law § 1192 [3]) on statutory speedy trial grounds (see CPL 30.30). Accordingly, so much of the appeal as is from the judgments convicting defendant of those charges has been rendered academic and must be dismissed (see People v Dixon, 85 AD3d 1051, 1052 [2011]).
We find that the Justice Court correctly denied the branch of defendant's motion seeking to dismiss, on constitutional speedy trial grounds (see CPL 30.20; People v Taranovich, 37 NY2d 442, 445 [1975]; People v Thompson, 43 Misc 3d 136[A], 2014 NY Slip Op 50682[U] [App Term, 1st Dept 2014]; cf. People v Brown, 54 Misc 3d 133[A], 2017 NY Slip Op 50059[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2017]), the accusatory instrument charging her with driving without wearing a seat belt (Vehicle and Traffic Law § 1229 [c] [3] [a]). Accordingly, the judgment convicting defendant of that charge is affirmed.
GARGUILO, J.P., TOLBERT and RUDERMAN, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 19, 2017